**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JEFFREY D. HILL, | : | No. 184 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 29th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the "Writ of Quo Warranto - King's Bench Matter" is DENIED.